# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| RICHARD CARL SPECK,<br><br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-5500-MLP |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

 THE COURT HAS ORDERED THAT

The final decision of the Commissioner is REVERSED and this case is REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

 Dated December 1, 2023.

                Ravi Subramanian
                Clerk of Court

                s/Tim Farrell
                Deputy Clerk